1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Murad Abu Alia,<br><br>    Petitioner,<br><br>vs.<br><br>Warden CCA, et al.,<br><br>    Respondent. | No. CV 06-0569-PHX-JAT<br><br>**ORDER** |

      Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus ("Petition") (Doc. #1). The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #18) recommending that the Petition be dismissed without prejudice for failure to prosecute.

      Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original));  *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

      Therefore,

1     **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc.
2 #18) is **ACCEPTED**;

3     **IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus
4 (Doc. #1) is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute, and the Clerk
5 of the Court shall enter judgment accordingly.

6     DATED this 18th day of July, 2006.

_James A. Teilborg_
United States District Judge